**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KELLY GRAHAM,

    Plaintiff,

v.                              Case No. 3:14-cv-950-J-32PDB

NAVIENT SOLUTIONS, INC.,

    Defendant.

## O R D E R

Upon review of Stipulation of Dismissal with Prejudice (Doc. 9), filed on February 16, 2015, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of February, 2015.

                                                              TIMOTHY J. CORRIGAN
                                                               United States District Judge

bjb
Copies:

Counsel of Record